

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

```
_____ FILED       _____ RECEIVED
_____ ENTERED     _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            SEP 2 6 2018

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | **SEALED CRIMINAL INDICTMENT** |
| Plaintiff, | Case No. 2:18-CR- 302 |
| v. | **VIOLATIONS:** |
| RICHARD FRED DITTMER II, and RICHARD FRED DITTMER III, | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(b) |
| Defendants. | Possession of Child Pornography 18 U.S.C. § 2252A(a)(5) |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
### Receipt of Child Pornography

Beginning on a date unknown, and continuing to on or about September 29, 2014, in the State and Federal District of Nevada and elsewhere,

**RICHARD FRED DITTMER II,**

the defendant herein, did knowingly receive child pornography any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## COUNT TWO
### Receipt of Child Pornography

Beginning on a date unknown, and continuing to on or about November 15, 2016, in the State and Federal District of Nevada and elsewhere,

**RICHARD FRED DITTMER III,**

the defendant herein, did knowingly receive child pornography any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

## COUNT THREE
### Possession of Child Pornography

Beginning on a date unknown and continuing to on or about November 15, 2016, in the State and Federal District of Nevada and elsewhere,

**RICHARD FRED DITTMER II, and**
**RICHARD FRED DITTMER III**

the defendants herein, did knowingly possess child pornography and any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), by knowingly possessing any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5).

## FORFEITURE ALLEGATION
### Receipt of Child Pornography and Possession of Child Pornography

1. The allegations contained in Counts One, Two, and Three of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One, Two, and Three of this Criminal Indictment,

**RICHARD FRED DITTMER II, and
RICHARD FRED DITTMER III,**

the defendants herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5):

3

the defendants herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5) or any property traceable to such property:

1. Toshiba Laptop Computer, serial number 58057841Q, including its drive;
2. ACER Laptop Computer, serial number LXPY902035041047422000, including its drive;
3. Compaq Tower Computer, serial number MXK43808DL, including its drive;
4. Dell Tower Computer, serial number 5ZJLQ41, including its drive;
5. 1 GB Lexar Memory Stick;
6. Samsung Cellular Phone, serial number R21C83WBASX;
7. LG Cellular Phone, model number LG-K330 LK7, serial number 609CYWC104577, including its SIM card, bearing number 8901260772185818572.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

All pursuant to Title 18, United States Code, Sections 2252A(a)(2), 2252A(a)(5), 2253(a)(1), and 2253(a)(3).

**DATED:** this 26th day of September, 2018

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DAYLE ELIESON
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney