# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00302-JAD-NJK-2 |
| Plaintiff, | |
| vs. | **ORDER** |
| RICHARD FRED DITTMER, III, | ECF No. 99 |
| Defendant. | |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for April 12, 2021, at 11:00 a.m., be vacated and continued to July 19, 2021, at 11:00 a.m.

DATED: March 24, 2021.

_____
JENNIFER A. DORSEY
United States District Judge