CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-cr-00302-JAD-NJK-2 |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing (Third Request)** |
| v. | |
| RICHARD FRED DITTMER, III, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Monti Jordana Levy, Esq. and Sunethra Muralidhara, Esq., attorneys for the defendant Richard Fred Dittmer, III, that the sentencing hearing currently scheduled for September 7, 2021, at 11:00 a.m. be vacated and set to September 21, 2021, at 11:00 a.m. This Stipulation is entered into for the following reasons:

1. Due to a scheduling conflict, the attorney for Victim 1 in this case is unable to appear for the currently scheduled sentencing hearing and has requested that the sentencing be continued for his presence. The victim has a right to be reasonably heard at sentencing under the Crime Victims' Rights Act (CVRA). 18 U.S.C. § 3771 (a)(4).

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The parties sought a convenient date to the Court to accommodate all parties. The proposed date from the courtroom administrator is September 21, 2021, at 11:00 a.m.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

7. This is the third request for a continuance of the sentencing hearing.

DATED this 31st day of August, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

| | |
|---|---|
| __/s/ Bianca R. Pucci_____ | __/s/ Sunethra Muralidhara_____ |
| BIANCA R. PUCCI | MONTI JORDANA LEVY, Esq. |
| Assistant United States Attorney | SUNETHRA MURALIDHARA, Esq. |
| | Attorney for Defendant: |
| | RICHARD FRED DITTMER, III |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>RICHARD FRED DITTMER, III,<br><br>            Defendant. | Case No.  2:18-cr-00302-JAD-NJK-2<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore, the Court finds that:

    1.    Due to a scheduling conflict, the attorney for Victim 1 in this case is unable to appear for the currently scheduled sentencing hearing and has requested that the sentencing be continued for his presence. The victim has a right to be reasonably heard at sentencing under the Crime Victims' Rights Act (CVRA). 18 U.S.C. § 3771 (a)(4).

    2.    The Defendant is in custody and does not object to the continuance.

    3.    The parties agree to the continuance.

    4.    The parties sought a convenient date to the Court to accommodate all parties. The proposed date from the courtroom administrator is September 21, 2021, at 11:00 a.m.

    5.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

    6.    The additional time requested by this stipulation is made in good faith and not for purpose of delay.

    7.    This is the third request for a continuance of the sentencing hearing.

1   IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled on
2  Tuesday, September 7, 2021 at the hour of 11:00 a.m., be vacated and continued to
3  Tuesday, September 21, 2021 at the hour of 11:00 a.m.

4

5   Dated this 2nd day of September, 2021.

6

7  _____
     HONORABLE JUDGE JENNIFER A. DORSEY
8