Monti J. Levy
Nevada State Bar No. 8158
Sunethra Muralidhara
Nevada State Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: mlevy@wmllawlv.com
       smuralidhara@wmllawlv.com
Attorneys for Richard Fred Dittmer III

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Richard Fred Dittmer III,<br><br>　　　　Defendant. | Case No. 2:18-cr-302-JAD-NJK-2<br><br>**Mr. Dittmer's Motion for Leave to File Sentencing Memorandum Under Seal** [1] |

　　　　The Defendant, Richard Fred Dittmer III, by and through his counsel of record, Monti J. Levy Esq. and Sunethra Muralidhara Esq., Wright Marsh & Levy, hereby move for leave to file under seal Mr. Dittmer's sentencing memorandum.

　　　　Local Rule IA 10-5 requires papers filed under seal be accompanied by a motion for leave to file under seal. Mr. Dittmer seeks to seal his sentencing memorandum because it details Mr. Dittmer's background, history, and characteristics, which include family court records from when he was a youth, a psychosexual evaluation and report, as well as details from Mr. Dittmer's youth involving physical, emotional, and sexual abuse. Because much of the conduct described occurred when Mr. Dittmer was a minor, he requests that his sentencing

---

[1] This motion is timely filed.

memorandum and corresponding exhibits be sealed to protect his confidentiality. Additionally, the exhibits attached to the sentencing memorandum contain medical records, which are sensitive in nature and require sealing.

With the filing of this motion, Mr. Dittmer will simultaneously file his sentencing memorandum under seal. Should the Court grant this motion, the subsequent filing will remain under seal.

Alternatively, should this Court find grounds to deny the sealing of the instant memorandum, Mr. Dittmer would request the Court consider sealing the exhibits for the reasons outlined above. Namely, the family court records provided details regarding Richard Dittmer II (Mr. Dittmer's father) and Sally Ramirez (Mr. Dittmer's mother) child custody case. These documents include records and information from when Mr. Dittmer was a child. Typically, child custody documents detailing a child are not filed publicly. Mr. Dittmer has provided his consent for the undersigned to use the in connection with this litigation, however, they should remain sealed as to the sensitive nature. Next, the psychosexual examination details Mr. Dittmer's youth, instances of physical, emotional, and sexual abuse endured, and reference the family court records. For the same reasons, this exhibit should be sealed.

DATED: September 13, 2021.

WRIGHT MARSH & LEVY

By: */s/ Monti J. Levy*
    Monti J. Levy
    Sunethra Muralidhara
    Attorneys for Mr. Dittmer III

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers.

That on September 13, 2021, she served an electronic copy of the above and foregoing **Motion for Leave to File Mr. Dittmer's Sentencing Memorandum Under Seal** by electronic service (ECF) to the person named below:

>Christopher Chiou
>Acting United States Attorney District of Nevada
>Bianca Pucci
>Assistant United States Attorney
>bianca.pucci@usdoj.gov
>501 Las Vegas Blvd. South, Suite 1100
>Las Vegas, Nevada 89101

*/s/ Debbie Caroselli*
Employee of Wright Marsh & Levy