1  Monti J. Levy
   Nevada State Bar No. 8158
2  Sunethra Muralidhara
   Nevada State Bar No. 13549
3  Wright Marsh & Levy
   300 S. Fourth Street, Suite 701
4  Las Vegas, NV 89101
   Phone: (702) 382-4004
5  Fax: (702) 382-4800
   Email: mlevy@wmllawlv.com
6          smuralidhara@wmllawlv.com
7  Attorneys for Richard Fred Dittmer III

8                    United States District Court

9                       District of Nevada

10

11  United States of America,              Case No. 2:18-cr-302-JAD-NJK-2

12              Plaintiff,                  **Notice of Filing of Exhibits in Support of**
                                            **Sentencing Memorandum[1]**
13          v.

14  Richard Fred Dittmer III,

15              Defendant.

16

17          The Defendant, Richard Fred Dittmer III, by and through his counsel of record, Monti

18  J. Levy and Sunethra Muralidhara, Wright Marsh & Levy, hereby submit this Notice of Filing

19  Exhibits in Support of Sentencing Memorandum with the following exhibits attached in support

20  of Mr. Dittmer's sentencing hearing set for September 21, 2021 at 11:00 a.m.

21

22

23

24

25  / / /

26

_____

[1] This notice is timely filed.

Exhibit A—Letters in Support from various family members

Exhibit B—Certificate of completion for programming

Exhibit C—Family Photographs


DATED: September 13, 2021.

                                    WRIGHT MARSH & LEVY


                              By:   /s/ Monti J. Levy
                                    Monti J. Levy
                                    Sunethra Muralidhara
                                    Attorneys for Mr. Dittmer III

2

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of Wright Marsh & Levy and is a person of such age and discretion as to be competent to serve papers.

That on September 13, 2021 she served an electronic copy of the above and foregoing **Notice of Filing Exhibits in Support of Sentencing Memorandum** by electronic service (ECF) to the person named below:

Christopher Chiou
Acting United States Attorney District of Nevada
Bianca Pucci
Assistant United States Attorney
bianca.pucci@usdoj.gov
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101

_/s/ Debbie Caroselli_
Employee of Wright Marsh & Levy

3

**EXHIBIT A**

**EXHIBIT A**

My name is James (Jim) Austin and I am Ricky's uncle by marriage to his Aunt Denise. I have known Ricky since he was about two years old.

Ricky had a tough childhood before coming to live with his dad. I went with his dad several times when he tried, unsuccessfully, to pick Ricky up for the weekend. Ricky was always without shoes, usually had his head shaved because of lice and was very tan from being outdoors all day. The last time I went with my brother-in-law, Ricky's mom held him to her and pointed at us and said, "See them, they're the enemy." I didn't see Ricky again until he came to live with his dad permanently. I know Ricky came to live with his dad, because CPS became involved when Ricky and his mom were living in a U-Haul.

During Ricky's high school years, he became argumentative and like to antagonize everyone. He was also rebellious to authority. It seemed like every time we turned around, he was getting into trouble. I could see the effect it was having on his Dad. We later found out that he had been taking drugs, although he swore he wasn't using drugs. Ricky is a smart and funny guy, but it had gotten to the point where I didn't like being around him a lot of the time.

Talking to him now, I hear the difference in him. He's said he sees how much he put his dad through. What he put the whole family through. He's sorry for how he acted. He wishes he hadn't made the decisions he did. He wishes that he could go back and do it over. He seems more positive. He isn't putting the blame on anyone, but taking responsibility for his actions. Ricky says he knows there will be good that comes from all of this. That there already has been. He knows he's a different person than when he was arrested. Ricky has said a lot, that he wants to be a person that is able to help others that need it.

Judge Dorsey, I realize the severity of Ricky's charges. Ricky realizes the severity of the charges. I don't think he would do it again if given another chance. I ask you to consider showing leniency in sentencing him.

I thank you for time and your consideration.

Sincerely,

James T. Austin

Dear Judge Dorsey:


My name is Barbara Barcelon.  I am Richard's 73 year old grandmother.  I love him very much and I am writing this letter in hopes that you might show leniency toward the sentencing of my grandson.


Ricky is a tenderhearted and compassionate person.  I remember one time after one of Ricky's football games, our family went out to have pizza.  Ricky got up from the table and went outside.  I could see him out of the window.  He was talking to a homeless man.  He talked to him for a while.   He gave him some money he had and I think he gave him a piece of pizza too.  Ricky was only about 12 years old, maybe 13.  He did this without any prompting from any of us.  He wasn't scared of the man or intimidated by his appearance.


Ricky knew what it was like to be homeless and living in a car or on the streets.  He very often was in the years he was with his mom.  Unfortunately, there was no stability with his mom. She would often provoke people, getting into arguments with them and then get kicked out of wherever they were living. Her parents and siblings cut off ties to her and Ricky.  Her way of "dealing" with Ricky was to ignore his behavior and bribe him with candy. When Ricky was a baby and his mom would bring him over to my house so I could babysit, he never had clean clothes on, if he had any clothes on, and his diaper was sopping wet.  I would always have to give him a bath before anything else.  So many times, he had a horrible diaper rash.


My son was supposed to have joint custody, but when Ricky was two, his mom decided not obey the court order.  My son was unsuccessful in his attempts to get his son.  So, we didn't

see Ricky at all for about six years. My oldest daughter got to see him once or twice every couple of years, if Ricky's mom took him to where my daughter worked.

In my mind, I still see the baby I used to hold in my arms and rock to sleep. The diapers I changed. I see the boy that slept like a rock and wouldn't wake up to get ready for school. I see the boy on the verge on manhood, dressed in a tux and taking his girlfriend to prom. I see the young man who liked to be in the kitchen cooking with me as we experimented with new recipes. Then I see my grandson across from me, visiting by video, sitting in a drab room at the Pahrump detention center facing years in prison and I am heartbroken. I am heartbroken over the path and the choices he made. I am heartbroken that I may never see him again, never hug him again and never celebrate family functions with him again.

I know that he regrets the decisions he made, more than you know. He has told me that he was in a very dark place at that time and just didn't care about his life. Since then, he has changed his thinking. He has a positive outlook, wants to improve himself and maybe help other people. Being incarcerated has had a drastic effect on him. He's had to grow up. He's taking responsibility for his actions.

All he has ever wanted was to get married and start a family, to have a normal life. My hope is that he gets that chance.

Thank you for your time.

Respectfully,

Barbara A. Barcelon

03/30/2021

The Honorable Judge Dorsey

US District Court for the District of Nevada

Re: Richard F. Dittmer III

Dear Judge Dorsey,

I am writing this letter on behalf of my nephew, Richard F. Dittmer III, who will be sentenced on April 12, 2021.

I appreciate your fairness throughout the process of this case and I understand he has been fairly convicted.  The circumstances of his life at the time of the offenses were unfortunately very typical for young adults who have been exposed to a childhood as he was, which pushed him to make poor choices.

In his early childhood, he and his mother were homeless for an unknown length of time and he spent several months in Child Haven.  During that time, his ability to cope with his feelings had been damaged. He was being medicated for behavioral issues which I believe he did not need.  For several years he was kept from his father and our family with no contact and it took many months for my brother to regain custody of him; after being in Child Haven.

I know that he is regretful and understands the damage he has done and why it is unacceptable behavior.  I know the time he has spent in jail and the process of this case has had a profound effect on him.  He has had time to reflect on what could have been done differently and he continues to read books to help him learn new coping skills.  I am requesting lenience in your sentencing.

I appreciate your time in reading this letter and hope you will consider it when sentencing.

Sincerely,

Esther Sabrina Reed

July 8, 2021


The Honorable Judge Jennifer A. Dorsey

c/o Sunethra Muralidhara, Esquire - via email


RE: Richard F. Dittmer, III


Dear Judge Dorsey:


My name is Denise Austin and I am Richard's paternal aunt. Our family has always called him Ricky, so I will do that in this letter.

Ricky's childhood with his mother was tumultuous. They were often homeless and his mom was frequently at odds with multiple people. Ricky's parents were supposed to share custody, but his mom refused to comply with the court order. My brother did not see his son from age 2 to 8, I think. During that time, we would hear that Ricky's home life was very unstable, he and his mom would be moving from one place to another, living in shelters or in her car. Once every couple of years, his mom would bring him by my work place and allow me to say "Hi" to him.

I remember when my brother got sole custody of Ricky and I was reintroduced to him, he tried to act all tough. I called him Baby doll or Sweetheart. I don't remember which, but he was appalled. He asked me why I was calling him that. I guess he had never been called any term of endearment or maybe thought it was for girls. I told him that I called all of the kids that. Later, after he saw my interaction with the other kids and that I was, indeed, calling them Baby doll or Sweetheart, he came up to me and quietly told me that it was okay if I called him that too. My heart melted right then and ever since, I have loved him like a son. He has brought lots of joy and laughter into my life. Some tears too.

Ricky has always had a tender and kind heart. If he saw that my mom was having back pain and difficulty getting around, he would tell her to let him get her plate or ask her what she needed so he could get it for her. Several times, Ricky knew I wasn't feeling well, was upset or stressed about something, he was very quick to lift me up in prayer or to encourage me by telling me that everything was going to be okay. It bothered him that I was not myself. He wanted to make things better.

At about age 16, Ricky decided that he wanted to join the service. His Senior year, he took

steps to become a Marine.  I was so proud of him and scared for him at the same time.  About this time, he got involved with a group of friends, met a girl and fell in love.  His plans for the military got derailed.  He would then make some poor choices that would lead to more poor choices and then would snowball into really bad decisions that would lead him to where he is now.

Ricky told me at one point that he just wanted to have a normal life.  Obviously, he kept making decisions that were contrary and destructive to that.  He told me that he regrets that he never opened up to us and talked about any of the things that were going on with him.

Ricky is trying to make better decisions and to be a better person.  He's told me that he is involved in meetings, there in Pahrump, that help him stay positive and that he has been reading a lot of books to help him physically, emotionally and mentally.  He hates the choices he made and regrets his behavior.  He's said that he wants to be a man that is able to help other people that might be in the same situation he finds himself in.  He told me that he is in a better place mentally now, than he was seven years ago.  He's expressed his sorrow that it took him ending up in jail and facing prison to get there.

Your Honor, I know the charges against Ricky are serious, but I am asking you to please consider showing leniency when sentencing him.  Give him a second chance to try to have that normal life.  He is still such a young man and to think of him spending a decade plus in prison, possibly never getting to see him again, is just so heartbreaking.  I don't think he would make the same choices he did previously.

Thank you, Judge Dorsey, for taking the time to read this letter and for your consideration in this matter.

Respectfully,

Denise Austin

**EXHIBIT B**

**EXHIBIT B**

# Certificate of Achievement

Presented to

## Rick Dittmer

For Completion of

## Spiraling Dawn

June 1, 2019

Date

Case Manager, Kiniklis



**Nevada Southern Detention Center**

CCA
CORRECTIONS CORPORATION OF AMERICA

# Certificate of Achievement

Presented to

## Richard Fred Dittmer

on this Day,

## June 22, 2019

For the Completion of

## Victim Impact – Listen and Learn

_____
Case Manager D. Mallwitz

_____
Warden B. Koehn

_55112048_
Detainee Register Number



CoreCivic

**Nevada Southern Detention Center**

**EXHIBIT C**

**EXHIBIT C**



































© 1998 KATHLEEN FRANCOUR COLLECTION • Licensed by Artist & Repertoire, Ltd.
Authorized LICENSEE - CANADIAN ENTERPRISES, INC.

