Monti J. Levy
Nevada State Bar No. 8158
Sunethra Muralidhara
Nevada State Bar No. 13549
Wright Marsh & Levy
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: mlevy@wmllawlv.com
　　　　smuralidhara@wmllawlv.com

Attorneys for Richard Fred Dittmer III

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Richard Fred Dittmer III,<br><br>　　　　Defendant. | Case No. 2:18-cr-302-JAD-NJK-2<br><br>**Stipulation For a Protective Order** |

It is stipulated and agreed between the parties, the Defendant, Richard Fred Dittmer III, by and through his counsel of record, Monti J. Levy, and Sunethra Muralidhara, of Wright Marsh & Levy, and the United States, by and through Christopher Chiou, Acting United States Attorney, and Bianca Pucci, Assistant United States Attorney, that this Court issue an Order protecting from disclosure to unauthorized parties any discovery documents including "underlying testing materials, score sheets, work sheets, and notes" pertaining to the psychological examination report submitted by the defendant, and as attached to his sentencing memorandum, ECF 121.  This information shall be known as "the Protected Documents."  The parties have met and conferred regarding this issue, and now stipulate and agree as follows:

1. On January 11, 2021, he pleaded guilty to Counts One and Two of a superseding information. ECF 84, 85. He pleaded guilty to Count One, receipt of child pornography under 18 U.S.C. § 2552A(a)(2) and (b); and Count Two attempt sexual exploitation of children under 18 U.S.C. § 2551(a) and (e). *Id.* Count One carries a mandatory minimum sentence of five years and maximum of 20 years; and Count Two carries a mandatory minimum of 15 years and a maximum of 30 years. Statutorily, the maximum this Court may sentence Mr. Dittmer to is 50 years of imprisonment.

2. As part of preparing for sentencing in this case, the defendant filed a sentencing memorandum on September 13, 2021. ECF 121. Included in that sentencing memorandum is a psychosexual evaluation. *Id.* at Exhibit B. The government filed its sentencing memorandum on September 14, 2021. ECF 124.

3. After meeting and conferring about the psychosexual evaluation, the government requested the defendant also provide "underlying testing materials, score sheets, work sheets, and notes" in order to review the psychosexual evaluation reports' opinions, conclusions, and testing results.

4. Rather than litigate the issue of such document production, the defendant is willing to voluntarily produce the requested documentation, not waiving any future objection to document production without additional meet and confer efforts.

5. The defendant agrees to provide the entirety of the Protected Documents to the government without redacting any information.

///

6. The government agrees to review the Protected Documents and determine what is relevant to its prosecution. The government further agrees that copies of the Protected Documents will not be provided to anyone other than "authorized persons" as defined below.

7. Access to Protected Documents will be restricted to persons authorized herein by the Court ("authorized persons"), namely, the attorney(s) of record, including any USAO attorney in the District of Nevada who needs to be consulted on legal matters related to this case, and those attorneys' paralegals, support staff, investigators, IT staff, contractors, expert consultants, vendors, and copy centers employed by the attorney(s) of record.

8. The following restrictions will be placed on government attorneys and the above-designated individuals unless and until further ordered by the Court. The above-designated individuals shall:

   a. Not make copies of the Protected Documents for, or knowingly allow copies of any kind of the Protected Documents be made for, any person that is not an authorized person, and take reasonable steps to protect against allowing copies of any kind of the Protected Documents to be made for any person that is not an authorized person;

   b. Not knowingly allow any other person to read the Protected Documents and take reasonable steps to prevent any person that is not an authorized person from reading the Protected Documents; and,

   c. Not use the Protected Documents for any other purpose other than preparing to prosecute these charges in the above-captioned case.

/ / /

9. Government attorneys shall inform any person to whom they disclose the Protected Documents, or to whom they know their authorized persons to disclose, of the existence and terms of this Court's order. Further, the government shall take reasonable measures to inform any person to whom disclosure may be made pursuant to this Court's order of the existence and terms of this order.

10. The restrictions herein shall not restrict the use of Protected Documents during sentencing in this matter.

11. By the date of sentencing in this matter, government counsel shall direct all other authorized persons, or others government counsel has reason to believe have obtained copies of the documents, to return copies of Protected Documents to defense counsel's office. Or;

/ / /

12. At the conclusion of this action, government counsel shall return to defense counsel or destroy all copies of Protected Documents in the government's possession, including any copies of the Protected Documents previously in the possession of all authorized persons and returned to defense counsel. This action will be deemed concluded after the completion of the final appeal in this matter, or if no appeal was filed, then at the expiration of the statute of limitations for the filing of any final appeal of any matter, including collateral review. Alternatively, government counsel shall destroy all copies of the Protected Documents in accordance with the Department of Justice retention policy.

Respectfully submitted,

DATED October 4, 2021.

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU |
|---|---|
| | Acting United States Attorney |
| */s/ Monti J. Levy* | */s/ Bianca Pucci* |
| Monti J. Levy | Bianca Pucci |
| Sunethra Muralidhara | Assistant United States Attorney |
| Attorneys for Mr. Dittmer III | |

IT IS SO ORDERED:

_____

Jennifer A. Dorsey
United States District Judge

5