CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
Bianca.Pucci@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-302-JAD-NJK |
| Plaintiff, | |
| vs. | **Motion to File Exhibits Under Seal** |
| RICHARD FRED DITTMER, III, | |
| Defendant. | |

The government, by and through the undersigned, respectfully requests this Court to all it to file Government Exhibits 1 through 5 of its Response to Defendant's Sentencing Memorandum under seal. The government and the defendant, Richard Fred Dittmer III, agreed to a stipulated protective order regarding the underlying testing materials and documents associated with the defendant's psychosexual evaluation. ECF No. 127. This Court entered the stipulated order on October 5, 2021. ECF No. 128. Government Exhibits

1 through 5 are portions of the Protected Documents as described in the protective order. Pursuant to the protective order, the government seeks to file the documents under seal.

DATED: November 1, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney