# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-302-JAD-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| RICHARD FRED DITTMER, III, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by Richard Fred Dittmer, III, to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Richard Fred Dittmer, III, pled guilty. Superseding Criminal Information, ECF No. 82; Plea Agreement, ECF No. 84; Change of Plea, ECF No. 85; Preliminary Order of Forfeiture, ECF No. 86.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 15, 2021, through February 13, 2021, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 97-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and (a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. LG Cellular Phone, model number LG-K330 LK7, serial number 609CYWC104577, including its SIM card, bearing number 8901260772185818572; and
2. Samsung Galaxy J 7 Sky Pro cell phone, model number SM-S737TL, serial number R28K52XQFC8, including its San Disk 200GB Ultra Plus micro SD card

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: November 15, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE